IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:13-CR-254 |
| vs. | |
| ROGER ABBOTT, | ORDER |
| Defendant. | |

This matter is before the Court on the United States' motion to dismiss the indictment without prejudice, as it relates to defendant Roger Abbott. Filing 71. Pursuant to Fed. R. Crim. P. 48(a), the United States' motion to dismiss is granted.

Dated this 25th day of November, 2013.

BY THE COURT:

*[signature]*

John M. Gerrard
United States District Judge